# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.          CRIMINAL NUMBER 17-369

JEFFREY REED

## ORDER

AND NOW, this 22nd day of December, 2017, it is **ORDERED** that the unopposed "First Motion to Modify Bail Conditions" (ECF No. 20) is **GRANTED**. The requirement that Mr. Reed notify employer(s) of his guilty plea is removed.

BY THE COURT:

/s/ Gerald J. Pappert
HONORABLE GERALD J. PAPPERT
United States District Court Judge

cc: Pretrial