# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | | **CRIMINAL NO. 17-369** |
| **v.** | : | |
| **JEFFREY REED** | : | |

# **O R D E R**

**AND NOW,** this _____ day of _____, 2018, upon consideration of the Government's Unopposed Motion for Continuance of Sentencing Hearing, it is hereby **ORDERED** that the motion is **GRANTED**. The Court finds that the parties need additional time to resolve matters pertinent to the sentencing of the defendant and that it is in the interest of justice to continue the sentencing hearing.

The sentencing hearing shall be continued until a date to be determined by the Court.

**BY THE COURT:**

_____
**HONORABLE GERALD J. PAPPERT**
**United States District Court Judge**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| | | CRIMINAL NO. 17-369 |
| v. | : | |
| JEFFREY REED | : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING

The United States of America, by its attorneys, Louis D. Lappen, United States Attorney for the Eastern District of Pennsylvania, and Anita Eve, Assistant United States Attorney for the district, respectfully moves the Court for a continuance of the sentencing hearing in this matter.

1. As the Court is aware, a sentencing hearing is scheduled to commence on March 15, 2018 in this case.

2. The parties require additional time to resolve issues pertinent to the sentencing hearing.

3. It is in the interests of justice that this continuance be granted and failure to do so would result in a miscarriage of justice.

4. Counsel for the defendant has advised that there is no objection to this request.

WHEREFORE, the government respectfully requests that this Court continue the sentencing hearing in this matter.

    Respectfully submitted,

    LOUIS D. LAPPEN
    United States Attorney


    */s/ Anita Eve*
    ANITA EVE
    Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Government's Unopposed Motion for a Continuance of the Sentencing Hearing has been filed electronically on the Electronic Case Filing system and was served by electronic mail on the following defense counsel:

George H. Newman, Esquire
ghnlawyer@yahoo.com


*/s/ Anita Eve*
ANITA EVE
Assistant United States Attorney


Date: March 9, 2018