# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 17-369 |
| | : | |
| JEFFREY REED | | |

## ORDER

**AND NOW**, this 13th day of March, 2018, upon consideration of the government's Motion to Continue Sentencing (ECF No. 23), with no opposition by the defendant, it is hereby **ORDERED** that the government's Motion is **GRANTED**.

BY THE COURT:

/s/ Gerald J. Pappert
The Honorable GERALD J. PAPPERT
United States District Court Judge