IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: 7/9/2018 |
| v. | : | |
| | : | |
| JEFFREY REED | : | Criminal No. 17-369 |
| ON BAIL | | |

**TAKE NOTICE** that the above-entitled case has been set for a **Sentencing Hearing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **October 15, 2018** at **3:00 p.m.** before the **Honorable Gerald J. Pappert**, in **Courtroom 10-A.**

**COUNSEL SHALL SUBMIT A SENTENCING MEMORANDUM TO THE COURT FIVE (5) BUSINESS DAYS PRIOR TO THE HEARING.**

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM

Very truly yours,

 /s/ Jeffrey Lucini
Jeffrey Lucini
Deputy Clerk to Judge Pappert

Notice to:
Defendant (mailed)
G. Newman, Deft Counsel
A. Eve, A.U.S.A
U.S. Marshal
Probation Office
Pretrial Services
Larry Bowman

Cr 4 (rev. 8/97)