IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL ACTION |
| JEFFREY REED | NO. 17-369 |
| *Defendant.* | |

### ORDER

**AND NOW**, this 2nd day of April 2020, upon consideration of Jeffrey Reed's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 40), and the Government's Motion to Dismiss, or alternatively, Motion to Deny the Petition (ECF No. 43), it is **ORDERED** that:

1. Reed's Motion (ECF No. 40) is **DENIED**;
2. A certificate of appealability **SHALL NOT** issue;
3. To the extent the Government's brief is treated as a Motion to Dismiss (ECF No. 43), it is **DENIED** as moot; and
4. This case shall remain marked as **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.